UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kelvin Laneil James,

Plaintiff

v.

Library of Congress,

Defendant

Case No. 2:25-cv-02560-CDS-EJY

**Order Accepting the Magistrate Judge's Report and Recommendation and Denying as Moot the Plaintiff's Motions**

[ECF Nos. 3, 4, 5, 6, 7]

Pro se plaintiff Kelvin James brings this copyright infringement lawsuit against the Library of Congress. Compl., ECF No. 1-1. Upon screening, U.S. Magistrate Judge Elayna J. Youchah issued a report and recommendation (R&R) that I dismiss James's complaint because the allegations are insufficient to state a prima facie claim for copyright infringement. R&R, ECF No. 7. Judge Youchah finds that James fails to establish ownership of any copyrighted material or to allege that anyone other than himself copied protected elements of his work. *Id.* at 3. The magistrate judge further explained that dismissal is appropriate because "copyright claims against the federal government *must* be brought in the Court of Federal Claims." *Id.* (citing *Zaccari v. Apprio, Inc.*, 390 F. Supp. 3d. 103, 110–11 (D.D.C. 2019)).

James had until July 14, 2026, to file any objections to the magistrate judge's findings and recommendation. *Id.* at 4 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). However, James neither objected nor requested more time to do so.

Although de novo review is not required,[1] I nonetheless made an independent review here and agree that this court lack jurisdiction to review James's complaint. Under 28 U.S.C. § 1498(b), whenever the United States infringes on "any work protected under the copyright laws of the United States . . . the exclusive action which may be brought for such infringement shall be an action by the copyright owner against the United States in the Court of Federal Claims." Thus, dismissal here is appropriate.[2] Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

## Conclusion

It is ordered that the magistrate judge's report and recommendation **[ECF No. 7] is accepted and adopted in its entirety.** This action is dismissed without prejudice and without leave to amend in the District of Nevada.

It is further ordered that the plaintiff's motions for default judgment **[ECF Nos. 3, 6]** and motions to compel **[ECF Nos. 4, 5] are denied as moot**.

The Clerk of Court is kindly directed to close this case.

Dated: July 29, 2026

_______________________________
Cristina D. Silva
United States District Judge

[1] "No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[2] Because James's complaint is dismissed, his motions for default judgment and motions to compel (ECF Nos. 3, 4, 5, 6) are denied as moot.